IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

IN RE

EDWARD C SMITH　　　　　　　　　　　　　　Case No. 14-00552-SMT
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　Debtor

### NOTICE OF ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

　　Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of JPMorgan Chase Bank, National Association.   Please add my name to the mailing matrix and send all notices to:

　　Mark D. Meyer, Esq., Esquire
　　Rosenberg & Associates, LLC
　　7910 Woodmont Avenue, Suite 750
　　Bethesda, Maryland 20814

　　　　　　　　　　　　　　　　　　/s/ Mark D. Meyer, Esq.
　　　　　　　　　　　　　　　　　　Mark D. Meyer, Esq.
　　　　　　　　　　　　　　　　　　Rosenberg & Associates, LLC
　　　　　　　　　　　　　　　　　　7910 Woodmont Avenue, Suite 750
　　　　　　　　　　　　　　　　　　Bethesda, Maryland 20814
　　　　　　　　　　　　　　　　　　(301) 907-8000

### CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on September 29, 2014, a copy of the foregoing Notice Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

| | |
|---|---|
| Edward C Smith | Cynthia Niklas, Trustee |
| 1716 15th Street NW | 4545 42nd Street, NW, #211 |
| Washington, DC 20001 | Washington, DC 20016 |
| | |
| | Tommy Andrews, Jr, Esquire |
| | Tommy Andrews, Jr., PC |
| | 122 North Alfred Street , Alexandria VA   22314 |

　　　　　　　　　　　　　　　　　　/s/ Mark D. Meyer, Esq.
　　　　　　　　　　　　　　　　　　Mark D. Meyer, Esq